UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TINA C. KINSEY** | **CIVIL ACTION** |
| **VERSUS** | **NO:  15-1604** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY** | **SECTION: "I" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff Tina C. Kinsey, which is hereby **OVERRULED,** approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly,

 **IT IS ORDERED** that the decision of the Administrative Law Judge denying Tina C. Kinsey's Disability Insurance Benefits and Supplemental Security Income benefits is **AFFIRMED**.

New Orleans, Louisiana, this 2nd day of June, 2016.

_____
 **LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**